1
2  JS-6
3
4
5
6
7
8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| S & O OIL SERVICES, INC., a California corporation, | Case No. CV12-08878 PA (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, | Complaint Filed: October 16, 2012 |
| | District Judge: Hon. Percy Anderson<br>Dept: 15 |
| | Magistrate: Hon. Victor B. Kenton<br>Dept: 590<br>Trial Date: Not Set |
| Defendants. | |

C0379003/1629488-1

1   Case No. CV12-08878 PA (VBKx)

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1   Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2  and between the parties, the Court hereby orders this action to be dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  shall bear their own attorneys' fees and costs.

6   IT IS SO ORDERED.

9  Dated: August 7, 2013                           _____
                                                    Hon. Percy Anderson
10                                                  United States District Judge